# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| LUIS RODRIGUEZ (#381927) | CIVIL ACTION |
| VERSUS | |
| N. BURL CAIN, ET AL. | NO.10-0736-FJP-DLD |

## O R D E R

This matter comes before the Court on the defendants' Motion to Stay Discovery, rec.doc.no. 19. Upon a finding that the plaintiff is entitled to the relief requested,

**IT IS ORDERED** that the plaintiff's Motion to Stay Discovery, rec.doc.no. 19, be and it is hereby **GRANTED,** and discovery is stayed in this proceeding pending the resolution of the defendants' assertion of the defense of qualified immunity. See Schultea v. Wood, 47 F.3d 1427, 1432 (5th Cir. 1995).

Signed in Baton Rouge, Louisiana, on January 18, 2011.

_____

**MAGISTRATE JUDGE DOCIA L. DALBY**