UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

LUIS RODRIGUEZ (#381927)

                                        CIVIL ACTION

VERSUS

                                        NO. 10-0736-FJP-DLD

N. BURL CAIN, ET AL.

O P I N I O N

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report to which an objection was filed:

IT IS ORDERED that the Court declines to exercise supplemental jurisdiction over the plaintiff's state law claims, and that the defendants' Motions for Summary Judgment,[1] shall be granted, dismissing the plaintiff's claim asserted against defendant Burl Cain –that the defendant failed to train and/or supervise his employees – for failure to exhaust administrative remedies as mandated by 42 U.S.C. § 1997e, and dismissing all of the plaintiff's remaining claims asserted against the defendants, with prejudice, and that this action shall be dismissed.

Judgment shall be entered accordingly.

Baton Rouge, Louisiana, September 28, 2011.

                            _____
                            FRANK J. POLOZOLA
                            MIDDLE DISTRICT OF LOUISIANA

_____

[1] Rec. Doc. Nos. 18, 31 and 57.
Doc#47497